**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7687**

———————

CHARLES JERALL SMITH,

Plaintiff - Appellant,

v.

WALTER DAVIS, a/k/a W. Davis,

Defendant – Appellee,

and

B. LARGE; W. INGLE; T. MCCOY; D. TATE; TRACY S. RAY; JOHN GARMAN; T. TRAPP; D. MCCOWAN,

Defendants.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (7:10-cv-00263-SGW-RSB)

———————

Submitted: April 19, 2012      Decided: April 25, 2012

———————

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Jerall Smith, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Jerall Smith appeals a district court's final order entering judgment in the Appellee's favor in accordance with the jury's resolution of the factual issues. Smith contends that the trial testimony established that the Appellee used excessive force. We have reviewed the record and find no reason to disturb the jury's verdict. We note that Smith does not challenge the district court's order dismissing his other claims upon consideration of the Defendants' motion for summary judgment. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED